YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

KELLY JOHNSON,

   Plaintiff,

  v.

GARFIELD BEACH CVS, LLC, et al.

   Defendants.

Case No. 2:25-cv-04961-SVW-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

  Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  August 21 , 2025

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

STIPULATED PROTECTIVE ORDER