JAMES J. YUKEVICH (SBN 159896)
  *jyukevich@yukelaw.com*
RAYMOND H. HUA (SBN 222466)
  *rhua@yukelaw.com*
JI HONG SOHN (SBN 354482)
  *jsohn@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile:  (213) 362-7788
Email:  eservice@yukelaw.com

Attorneys for Defendant
GARFIELD BEACH CVS, LLC, on
behalf of itself and on behalf of
erroneously sued and served CVS
PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KELLY JOHNSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CVS PHARMACY, INC. a foreign corporation, and DOES 1-10,<br><br>    Defendants. | CASE NO. 2:25-cv-04961 SVW (BFMx)<br><br>**ORDER OF DISMISSAL OF ACTION**<br><br>Assigned to: Hon. Steven V. Wilson, Courtroom 10A<br><br>Trial Date:    November 12, 2025 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), it is ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys fees and costs. The Clerk is directed to close the file.

DATED: December 10, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE